John M. Kelly, Appellant, v. William F. Morgan, Jr., and Others, Respondents.— Order denying plaintiff's motion for an examination of defendants before trial unanimously reversed, with twenty dollars. costs and disbursements, and the motion granted. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the General Assignment of the H. & M. Transportation, Inc., to Joseph B. Finkelstein and Adam W. Sandel, for the Benefit of Creditors. Serber Rubber Co., Inc., Respondent; Joseph B. Finkelstein and Adam W. Sandel, Appellants.— Order granting motion of Serber Rubber Co., Inc., and directing that Joseph B. Finkelstein and Adam W. Sandel be removed as assignees for the benefit of creditors for the H. & M. Transportation, Inc., and appointing a substitute assignee, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Benjamin F. DeAgostina, as President of the Allied Motion Picture Operators Union, a Voluntary Unincorporated Association of More Than Seven Members, Appellant, v. Leff Theatres, Inc., and Others, Defendants, Respondents, and Joseph D. Basson, as President of the Moving Picture Machine Operators Union, Local 306 of International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada, a Voluntary Association of More Than Seven Members, Intervenor-Defendant, Respondent.— Order granting motion of defendants to extend the stay contained in the judgment herein, dated August 3, 1936, until ten days after the entry of an order on the appeal from said judgment, unanimously reversed, with twenty dollars costs and disbursements, and the motion denied, unless security in the sum of $5,000 is furnished to pay the salaries of employees of plaintiff union, which might have been earned during the suspension of the effective directions of the judgment herein. If said security is furnished the order appealed from is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Ernest H. Gruening, Respondent, v. Fred F. French Investing Company, Inc., and Others, Appellants, Impleaded with Others.— Orders, so far as appealed from, denying motion of defendants-appellants for a bill of particulars as to certain items, and granting motion of said defendants for a reargument and upon reargument adhering to the original decision unanimously modified as indicated in order, and as so modified affirmed, without costs. No opinion. The bill of particulars to be served within sixty days after service of order. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Aaron B. Rappaport, Respondent, v. Rufus Scott and Anna Scott, Appellants.— Order denying defendants' motion to vacate default judgment entered November 16, 1935, unanimously reversed, without costs, and the motion granted, on condition that appellants pay the taxable costs and disbursements to date, within ten days after service of order with notice of entry. Otherwise, the order denying motion to vacate default judgment is affirmed, with twenty dollars costs and disbursements to the respondent. Appeal from order of reference entered February 15, 1936, dismissed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.